AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### NORTHERN District of CALIFORNIA

FEDERAL DEPOSIT INSURANCE CORPORATION as
Receiver for INDYMAC BANK, F.S.B.

                                  Plaintiff (s),

            V.

SANJAY SETHI, et al.

                                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C11-03339-EMC

Notice is hereby given that, subject to approval by the court, FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., and FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for BANK UNITED, F.S.B. substitute

                                                                            (Party (s) Name)

SUSAN D. CONDON, State Bar No. 143417 as counsel of record in
(Name of New Attorney)

place of Jesse S. Hernandez, Vanessa H. Widener and Jennifer S. Muse.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:          GCA LAW PARTNERS LLP
    Address:             1891 Landings Dr., Mountain View, CA 94043
    Telephone:         (650) 428-3900                     Facsimile (650) 428-3901
    E-Mail (Optional):   scondon@gcalaw.com

I consent to the above substitution.

Date: January 10, 2012

I consent to being substituted.

Date: January 17, 2012

I consent to the above substitution.
Date: January 18, 2012

FEDERAL DEPOSIT INSURANCE CORPORATION

Richard S. Hill
(Signature of Party (s))

ANDERSON, McPHARLIN & CONNERS LLP
/s/ Vanessa H. Widener /s/
/s/ Jennifer S. Muse /s/
/s/ Jesse S. Hernandez /s/
(Signature of Former Attorney (s))

GCA LAW PARTNERS LLP
/s/ Susan D. Condon /s/
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/26/12

IT IS SO ORDERED
Judge Edward M. Chen

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

920758.1