Peter N. Brewer / St.Bar № 87971
Julia M. Wei / St.Bar № 218005
Henry Chuang / St.Bar № 250628
Law Offices of Peter N. Brewer
2501 Park Boulevard, 2nd Floor
Palo Alto, CA 94306
Tel: (650) 327-2900
Fax: (650) 327-5959
Eml: pbrewer@brewerfirm.com /Eml: julia@brewerfirm.com /Eml: henry@brewerfirm.com

Attorneys for Defendant Sanjay Sethi, an individual and dba On Time Appraisals

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., and FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for BANK UNITED, F.S.B.,<br><br>Plaintiff,<br><br>vs.<br><br>SANJAY SETHI, an Individual and dba ON TIME APPRAISALS,<br><br>Defendants. | Case No. 11-CV-03339 EMC<br><br>JOINT CASE MANAGEMENT CONFERENCE STATEMENT ORDER RESETTING STATUS<br><br>Date:   September 18, 2012<br>Time:   10:30 a.m.<br>Courtroom: 5 (17th Floor) |

JOINT CASE MANAGEMENT CONFERENCE STATEMENT;
CASE NO. 11-CV-03339 EMC

Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B. and as Receiver for BANK UNITED, F.S.B. ("FDIC") and defendant SANJAY SETHI, individually and dba ON TIME APPRAISALS ("SETHI"), submit this Joint Case Management Conference Statement for the further case management conference set for September 18, 2012.

## I. ADR AND SETTLEMENT.

The parties have reached a settlement in this matter. The parties are in the process of finalizing the agreement and expect that an agreement will be reached by the end of September.

DATED: September 7, 2012					GCA LAW PARTNERS LLP

							By: ___/s/ Valerie M. Wagner_____
							        Valerie M. Wagner

							Attorneys for Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., and as Receiver for BANK UNITED, F.S.B.

DATED: September 7, 2012					LAW OFFICES OF PETER BREWER

							By: ___/s/ Julia M. Wei_____
							        Julia M. Wei

							Attorneys for Defendant SANJAY SETHI, an individual and dba ON TIME APPRAISALS

IT IS SO ORDERED that the status conference is reset from 9/18/12 to 10/26/12 at 10:30 a.m. An updated status report shall be filed by 10/19/12.

_____
Edward M. Chen
U.S. District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

JOINT CASE MANAGEMENT [STATEMENT]					1
CASE NO. 11-CV-03339 EMC

1 **ATTESTATION**

2  I, Julia M. Wei, am counsel for Defendant Sanjay Sethi. I am the registered ECF
3 user whose username and password are being used to file this JOINT CASE
4 MANAGEMENT CONFERENCE STATEMENT. In compliance with General Order 45,
5 Section X(B), I hereby attest that the above-identified counsel concurred in this filing.

6 DATED: September 7, 2012                Law Offices of Peter N. Brewer

8                                         By:   /s/ Julia M. Wei
                                                 Julia M. Wei

9                                         Attorneys for Defendant Sanjay Sethi

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA 94043
(650)428-3900

JOINT CASE MANAGEMENT CONFERENCE STATEMENT;
CASE NO. 11-CV-03339 EMC

2