1  Peter N. Brewer / St.Bar № 87971
   Julia M. Wei / St.Bar № 218005
2  Henry Chuang / St.Bar № 250628
   Law Offices of Peter N. Brewer
3  2501 Park Boulevard, 2nd Floor
   Palo Alto, CA 94306
4  Tel: (650) 327-2900
   Fax: (650) 327-5959
5  Eml: pbrewer@brewerfirm.com /Eml: julia@brewerfirm.com /Eml: henry@brewerfirm.com

6  Attorneys for Defendant Sanjay Sethi, an individual and dba On Time Appraisals

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC | Case No. 11-CV-03339 EMC |
| 13  BANK, F.S.B., and FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver | JOINT CASE MANAGEMENT CONFERENCE STATEMENT |
| 14  for BANK UNITED, F.S.B., | ORDER RESETTING STATUS |
| 15              Plaintiff, | |
| 16         vs. | Date:      September 18, 2012<br>Time:      10:30 a.m.<br>Courtroom:  5 (17th Floor) |
| 17  SANJAY SETHI, an Individual and dba ON TIME APPRAISALS, | |
| 18 | |
| 19              Defendants. | |

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT CONFERENCE STATEMENT;
CASE NO. 11-CV-03339 EMC

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

1    Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for

2  INDYMAC BANK, F.S.B. and as Receiver for BANK UNITED, F.S.B. ("FDIC") and

3  defendant SANJAY SETHI, individually and dba ON TIME APPRAISALS ("SETHI"),

4  submit this Joint Case Management Conference Statement for the further case management

5  conference set for September 18, 2012.

6

7  **I.    ADR AND SETTLEMENT.**

8    The parties have reached a settlement in this matter.  The parties are in the process

9  of finalizing the agreement and expect that an agreement will be reached by the end of

10  September.

11

12  DATED:  September 7, 2012                GCA LAW PARTNERS LLP

13

14                                                         By:  ___/s/ Valerie M. Wagner_____
                                                                    Valerie M. Wagner

15
                                                              Attorneys for Plaintiff FEDERAL
16                                                            DEPOSIT INSURANCE CORPORATION
                                                              as Receiver for INDYMAC BANK, F.S.B.,
17                                                            and as Receiver for BANK UNITED, F.S.B.

18  DATED:  September 7, 2012                LAW OFFICES OF PETER BREWER

19
                                                              By:  ___/s/ Julia M. Wei_____
20                                                                   Julia M. Wei

21                                                            Attorneys for Defendant SANJAY SETHI,
                                                              an individual and dba ON TIME
22                                                            APPRAISALS

23

24    IT IS SO ORDERED that the status conference is reset from
      9/18/12 to 10/26/12 at 10:30 a.m.  An updated status report
25    shall be filed by 10/19/12.

26    _____

27    Edward M. Chen
      U.S. District Judge
28

IT IS SO ORDERED
AS MODIFIED

Judge Edward M. Chen

JOINT CASE MANAGEM...                                                                    1
CASE NO. 11-CV-03339 E...

1

**<u>ATTESTATION</u>**

2        I, Julia M. Wei, am counsel for Defendant Sanjay Sethi.  I am the registered ECF

3    user whose username and password are being used to file this JOINT CASE

4    MANAGEMENT CONFERENCE STATEMENT.  In compliance with General Order 45,

5    Section X(B), I hereby attest that the above-identified counsel concurred in this filing.

6    DATED:  September 7, 2012          Law Offices of Peter N. Brewer

7

8                                                       By:    /s/ Julia M. Wei
                                                                  Julia M. Wei

9
                                                       Attorneys for Defendant Sanjay Sethi

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT CONFERENCE STATEMENT;
CASE NO. 11-CV-03339 EMC                                                2