SUSAN D. CONDON (State Bar No. 143417)
scondon@gcalaw.com
VALERIE M. WAGNER (State Bar No. 173146)
vwagner@gcalaw.com
GCA LAW PARTNERS LLP
1891 Landings Dr.
Mountain View, CA 94043
Telephone: (650) 428-3900
Facsimile: (650) 428-3901

Attorneys for FEDERAL DEPOSIT
INSURANCE CORPORATION as Receiver
for INDYMAC BANK, F.S.B., and as
Receiver for BANK UNITED, F.S.B.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for INDYMAC BANK, F.S.B., and FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for BANK UNITED, F.S.B.,<br><br>Plaintiff,<br><br>vs.<br><br>SANJAY SETHI, an Individual and dba ON TIME APPRAISALS,<br><br>Defendants. | Case No. 11-CV-03339 EMC<br><br>JOINT CASE MANAGEMENT CONFERENCE STATEMENT ; ORDER RESETTING STATUS<br><br>Date:     October 26, 2012<br>Time:     10:30 a.m.<br>Courtroom: 5 (17th Floor) |

JOINT CASE MANAGEMENT CONFERENCE STATEMENT;
CASE NO. 11-CV-03339 EMC

1   Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for
2  INDYMAC BANK, F.S.B. and as Receiver for BANK UNITED, F.S.B. ("FDIC") and
3  defendant SANJAY SETHI, individually and dba ON TIME APPRAISALS ("SETHI"),
4  submit this Joint Case Management Conference Statement for the further case management
5  conference set for October 26, 2012.

**I.     ADR AND SETTLEMENT.**

The parties have reached a settlement in this matter.  The parties have agreed to the settlement terms and are in the process of executing the settlement agreement and need additional time to issue payment.  It is expected that the settlement process will be completed by November 15, 2012.

DATED:  October 17, 2012                GCA LAW PARTNERS LLP

                                        By:   /s/ Susan D. Condon
                                              Susan D. Condon

                                        Attorneys for Plaintiff FEDERAL
                                        DEPOSIT INSURANCE CORPORATION
                                        as Receiver for INDYMAC BANK, F.S.B.,
                                        and as Receiver for BANK UNITED, F.S.B.

DATED:  October 17, 2012                LAW OFFICES OF PETER BREWER

                                        By:   /s/ Julia M. Wei
                                              Julia M. Wei

                                        Attorneys for Defendant SANJAY SETHI,
                                        an individual and dba ON TIME
                                        APPRAISALS

IT IS SO ORDERED that the status conference is reset from 10/26/12 to 11/30/12 at 10:30 a.m. An updated joint status report shall be filed by 11/23/12.  The 11/30/12 status conference will be vacated once a stipulation for dismissal is filed.

_____
EDWARD M. CHEN
U.S. District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

JOINT CASE MANAGEMENT CONFERENCE STATEMENT;                          1
CASE NO. 11-CV-03339 EMC

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

## **ATTESTATION**

I, Susan D. Condon, am counsel for Plaintiff Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B. and Federal Deposit Insurance Corporation as Receiver for BankUnited, F.S.B. I am the registered ECF user whose username and password are being used to file this JOINT CASE MANAGEMENT CONFERENCE STATEMENT. In compliance with General Order 45, Section X(B), I hereby attest that the above-identified counsel concurred in this filing.

DATED: October 17, 2012         GCA Law Partners LLP

                               By:   /s/ Susan D. Condon
                                     Susan D. Condon

                               Attorneys for Plaintiff Federal Deposit
                               Insurance Corporation as Receiver for
                               IndyMac Bank, F.S.B. and Federal Deposit
                               Insurance Corporation as Receiver for
                               BankUnited, F.S.B.

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

JOINT CASE MANAGEMENT CONFERENCE STATEMENT;
CASE NO. 11-CV-03339 EMC

2