1  SUSAN D. CONDON (State Bar No. 143417)
   scondon@gcalaw.com
2  VALERIE M. WAGNER (State Bar No. 173146)
   vwagner@gcalaw.com
3  GCA LAW PARTNERS LLP
   1891 Landings Dr.
4  Mountain View, CA 94043
   Telephone: (650) 428-3900
5  Facsimile: (650) 428-3901

6  Attorneys for FEDERAL DEPOSIT
   INSURANCE CORPORATION as Receiver
7  for INDYMAC BANK, F.S.B., and as
   Receiver for BANK UNITED, F.S.B.
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11             SAN FRANCISCO DIVISION

12

13

14 FEDERAL DEPOSIT INSURANCE          Case No. 11-CV-03339 EMC
   CORPORATION as Receiver for INDYMAC
15 BANK, F.S.B., and FEDERAL DEPOSIT   DISMISSAL WITH PREJUDICE ; ORDER
   INSURANCE CORPORATION as Receiver
16 for BANK UNITED, F.S.B.,

17         Plaintiff,

18     vs.

19 SANJAY SETHI, an Individual and dba ON
   TIME APPRAISALS,
20
           Defendants.
21

22

23

24

25

26

27

28

DISMISSAL WITH PREJUDICE
CASE NO. 11-CV-03339 EMC

1  Pursuant to Federal Rule of Civil Procedure 41(a), **IT IS** hereby **STIPULATED**
2  and **AGREED** that all claims asserted in this action against Defendant Sanjay Sethi, an
3  individual and dba On Time Appraisals, be, and hereby are, dismissed with prejudice.

5  DATED: November 26, 2012                   GCA LAW PARTNERS LLP

7  By:   /s/ Susan D. Condon
              Susan D. Condon

Attorneys for Plaintiff FEDERAL
DEPOSIT INSURANCE CORPORATION
as Receiver for INDYMAC BANK, F.S.B.,
and as Receiver for BANK UNITED, F.S.B.

11 DATED: November 26, 2012                   LAW OFFICES OF PETER BREWER

By:   /s/ Henry Chuang
              Henry Chuang

Attorneys for Defendant SANJAY SETHI,
an individual and dba ON TIME
APPRAISALS

17  IT IS SO ORDERED

_____
Edward M. Chen
United States ~~~~
Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

DISMISSAL WITH PREJUDICE
CASE NO. 11-CV-03339 EMC

1

**ATTESTATION**

I, Susan D. Condon, am counsel for Plaintiff Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B. and Federal Deposit Insurance Corporation as Receiver for BankUnited, F.S.B.  I am the registered ECF user whose username and password are being used to file this DISMISSAL WITH PREJUDICE.  In compliance with General Order 45, Section X(B), I hereby attest that the above-identified counsel concurred in this filing.

DATED:  November 26, 2012                GCA Law Partners LLP


By:    /s/ Susan D. Condon
             Susan D. Condon

Attorneys for Plaintiff Federal Deposit Insurance Corporation as Receiver for IndyMac Bank, F.S.B. and Federal Deposit Insurance Corporation as Receiver for BankUnited, F.S.B.

GCA Law Partners LLP
1891 Landings Drive
Mountain View, CA  94043
(650)428-3900

DISMISSAL WITH PREJUDICE
CASE NO. 11-CV-03339 EMC

2